United States District Court
Southern District of Texas
**ENTERED**
August 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN SOTO, individually and on behalf of all others similarly situated, | § § § |
| Plaintiff, | § § |
| VS. | §   CIVIL ACTION NO. H-24-2187 |
| LINQ RESEARCH LLC, | § § § § |
| Defendant. | § |

**ORDER OF DISMISSAL**

In accordance with the parties' stipulation, (Docket Entry No. 8), this action is dismissed.

SIGNED on August 8, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge